**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

June 19, 2020

Honorable Joseph H. Rodriguez
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

                Re:     United States v. Matthew Burney
                         Crim No. 18-606 (JHR)

Dear Judge Rodriguez:

    It has recently come to my attention the above captioned defendant has written a pro-se motion for compassionate release under 18 § 3624(c)(2), or some other post-conviction relief. It is counsel's intent to review this motion and decide its merits and viability for the Court's consideration. Counsel is requesting additional time to confer with the defendant, assess the motion and either file it anew with counsel, or advise the defendant to proceed as is.

    I have presented the need for more time with the government before they file a response to the current pro-se motion, and they have no objection.

    Thank you for your consideration with the above and if you have any questions regarding this matter do not hesitate to contact me

                                Respectfully,

                                /s/ *Christopher O'Malley*

                                CHRISTOPHER O'MALLEY
                                Assistant Federal Public Defender

cc:    Norman Gross, AUSA
       Matthew Burney

                                SO ORDERED this 23rd Day of June, 2020.

                                */s/ Joseph H. Rodriguez*
                                UNITED STATES DISTRICT JUDGE
                                HON. JOSEPH H. RODRIGUEZ

---